UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GUN OWNERS OF AMERICA, INC., et al.

    *Plaintiffs,*

v.

                                                   Civil Action No. 21-02969 (RBW)

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,

    *Defendant*.

## JOINT STATUS REPORT

Pursuant to the Court's order dated February 10, 2022, Plaintiffs Gun Owners of America, Inc. and Gun Owners Foundation, Inc. (collectively, "Plaintiffs") and Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), by and through undersigned counsel, report to the Court as follows.

1.    This action involves a Freedom of Information Act ("FOIA") request dated June 1, 2020 to ATF that is attached as Exhibit "A" to the Complaint.

2.    ATF states that it has completed its search for records potentially responsive to the request.  ATF made its first rolling production by letter dated March 2, 2022, releasing 312 pages of responsive records in full or in part, and it has identified approximately twelve additional pages of potentially responsive records.  ATF is currently in the process of reviewing the potentially responsive records and anticipates completing processing of any remaining responsive records within the next two weeks.

3.    To allow time for ATF to complete the processing of records as discussed above, and for the parties to confer in an effort to narrow any issues in dispute, the parties propose that

they file a further status report on May 10, 2022, and that the Court defer setting a briefing schedule at this time.

        Respectfully submitted,

        _____/s/ Robert J. Olson_____
        Robert J. Olson
        (D.C. Bar No. 1029318)
        William J. Olson (D.C. Bar No. 233833)
        Jeremiah L. Morgan (D.C. Bar No. 1012943)
        William J. Olson, P.C.
        370 Maple Avenue West, Suite 4
        Vienna, VA 22180-5615
        703-356-5070 (telephone)
        703-356-5085 (fax)
        wjo@mindspring.com (e-mail)

        *Counsel for Plaintiffs*

          AND

        MATTHEW M. GRAVES, D.C. BAR#481052
        United States Attorney

        BRIAN P. HUDAK
        Acting Chief, Civil Division


        By: _____/s/_____
        JEREMY S. SIMON, D.C. BAR #447956
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-2528
        Jeremy.simon@usdoj.gov

        *Counsel for Defendant*