UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GUN OWNERS OF AMERICA, INC., et al.

    *Plaintiffs,*

v.

    Civil Action No. 21-02969 (RBW)

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,

    *Defendant*.

## JOINT STATUS REPORT

Pursuant to the Court's order dated June 14, 2022, Plaintiffs Gun Owners of America, Inc. and Gun Owners Foundation, Inc. (collectively, "Plaintiffs") and Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), by and through undersigned counsel, report to the Court as follows.

1. This action involves a Freedom of Information Act ("FOIA") request dated June 1, 2020 to ATF that is attached as Exhibit "A" to the Complaint.

2. ATF stated in the March 10, 2022 status report that it had completed its search for records potentially responsive to the request, and that it made its first rolling production by letter dated March 2, 2022, releasing 312 pages of responsive records in full or in part, and that it had identified approximately twelve additional pages of potentially responsive records. In the last status report, ATF stated that it made its second and final production by letter dated March 14, 2022, releasing twelve pages of responsive records in full or in part.

3. In the last status report, the parties reported that Plaintiff had raised certain questions regarding ATF's response to the FOIA request, including regarding the scope of its search and redactions on certain pages of the released material, which ATF required time to

consider.  As part of that conferral process, moreover, the parties also stated that they would confer over whether it might facilitate the narrowing or resolution of any outstanding issues for the agency to provide a partial draft *Vaughn* Index with respect to the identified pages, although no determination had been made yet in that regard.  The parties now report that ATF expects to provide a partial draft *Vaughn* index and a supplemental production within the next week.

4. To allow time for the parties to confer in an effort to narrow any issues in dispute, the parties propose that they file a further status report on October 31, 2022, and that the Court defer setting a briefing schedule at this time.

Respectfully submitted,

_____/s/ Robert J. Olson_____
Robert J. Olson
(D.C. Bar No. 1029318)
William J. Olson (D.C. Bar No. 233833)
Jeremiah L. Morgan (D.C. Bar No. 1012943)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
wjo@mindspring.com (e-mail)

*Counsel for Plaintiffs*

AND

MATTHEW M. GRAVES, D.C. BAR#481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney

601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*