UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GUN OWNERS OF AMERICA, INC., et al.

   *Plaintiffs,*

v.                     Civil Action No. 21-02969 (RBW)

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,

   *Defendant*.

## JOINT STATUS REPORT

Pursuant to the Court's order dated August 30, 2022, Plaintiffs Gun Owners of America, Inc. and Gun Owners Foundation, Inc. (collectively, "Plaintiffs") and Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), by and through undersigned counsel, report to the Court as follows.

1. This action involves a Freedom of Information Act ("FOIA") request dated June 1, 2020 to ATF that is attached as Exhibit "A" to the Complaint.

2. The parties previously reported that ATF made its final production by letter dated March 14, 2022. The parties also previously reported that Plaintiff had raised certain questions regarding ATF's response to the FOIA request, including regarding the scope of its search and redactions on certain pages of the released material, which ATF required time to consider. As part of that conferral process, moreover, ATF agreed to provide a partial draft *Vaughn* index and a supplemental production to Plaintiff.

3. The parties now report that ATF has conducted a supplemental search and, based on the results of that search, has made productions by letters dated September 1, 2022 and October 3, 2022. ATF expects to make a further supplemental production in early November

2022 and approximately every 30 days until the processing of records identified from the supplemental search is complete. ATF also provided a draft *Vaughn* Index to Plaintiff on September 1, 2022, with respect to the pages of prior productions previously identified by Plaintiff.

4. To allow time for the parties to confer in an effort to narrow any issues in dispute, the parties propose that they file a further status report on December 19, 2022, and that the Court defer setting a briefing schedule at this time.

Respectfully submitted,

_____/s/ Robert J. Olson_____
Robert J. Olson
(D.C. Bar No. 1029318)
William J. Olson (D.C. Bar No. 233833)
Jeremiah L. Morgan (D.C. Bar No. 1012943)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
wjo@mindspring.com (e-mail)

*Counsel for Plaintiffs*

AND

MATTHEW M. GRAVES, D.C. BAR#481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530; (202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*