UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GUN OWNERS OF AMERICA, INC., et al.

    *Plaintiffs,*

v.

                                                                          Civil Action No. 21-02969 (RBW)

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,

    *Defendant*.

## JOINT STATUS REPORT

Pursuant to the Court's order dated December 19, 2022, Plaintiffs Gun Owners of America, Inc. and Gun Owners Foundation, Inc. (collectively, "Plaintiffs") and Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), by and through undersigned counsel, report to the Court as follows.

1. This action involves a Freedom of Information Act ("FOIA") request dated June 1, 2020 to ATF that is attached as Exhibit "A" to the Complaint.

2. The parties previously reported that ATF made its final production by letter dated March 14, 2022. The parties also previously reported that Plaintiff had raised certain questions regarding ATF's response to the FOIA request, including regarding the scope of its search and redactions on certain pages of the released material, which ATF required time to consider. As part of that conferral process, moreover, ATF agreed to provide a partial draft *Vaughn* index and a supplemental production to Plaintiff.

3. As stated in the last status report, ATF has conducted a supplemental search and, based on the results of that search, had made productions as of the last status report by letters dated September 1, 2022, October 3, 2022, November 3, and December 1, 2022  ATF now

reports that it made a further supplemental production by letter dated January 6, 2023. With the exception of 144 pages where ATF is consulting with the U.S. Government Accountability Office (GAO), ATF has completed its supplemental productions. ATF is currently checking with GAO regarding the status of the 144-page consultation. As previously reported, ATF also provided a draft *Vaughn* Index to Plaintiff on September 1, 2022, with respect to the pages of prior productions previously identified by Plaintiff.

4. To allow time for the parties to confer in an effort to narrow any issues in dispute, the parties propose that they file a further status report on May 11, 2023, and that the Court defer setting a briefing schedule at this time.

        Respectfully submitted,

        _____/s/ Robert J. Olson_____
        Robert J. Olson
        (D.C. Bar No. 1029318)
        William J. Olson (D.C. Bar No. 233833)
        Jeremiah L. Morgan (D.C. Bar No. 1012943)
        William J. Olson, P.C.
        370 Maple Avenue West, Suite 4
        Vienna, VA 22180-5615
        703-356-5070 (telephone)
        703-356-5085 (fax)
        wjo@mindspring.com (e-mail)

        *Counsel for Plaintiffs*

        AND

        MATTHEW M. GRAVES, D.C. BAR#481052
        United States Attorney

        BRIAN P. HUDAK
        Chief, Civil Division

        By: _____/s/_____
        JEREMY S. SIMON, D.C. BAR #447956
        Assistant United States Attorney
        601 D. Street, N.W.

Washington, D.C. 20530; (202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*