UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GUN OWNERS OF AMERICA, INC., et al.

    *Plaintiffs,*

v.

                                                                          Civil Action No. 21-2969 (RBW)

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,

    *Defendant*.

## JOINT STATUS REPORT

Pursuant to the Court's order dated March 22, 2023, Plaintiffs Gun Owners of America, Inc. and Gun Owners Foundation, Inc. (collectively, "Plaintiffs") and Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), by and through undersigned counsel, report to the Court as follows.

1. This action involves a Freedom of Information Act ("FOIA") request dated June 1, 2020 to ATF that is attached as Exhibit "A" to the Complaint.

2. The parties previously reported that ATF made its final production by letter dated March 14, 2022. The parties also previously reported that Plaintiff had raised certain questions regarding ATF's response to the FOIA request, including regarding the scope of its search and redactions on certain pages of the released material, which ATF required time to consider. As part of that conferral process, moreover, ATF agreed to provide a partial draft *Vaughn* index and a supplemental production to Plaintiff.

3. As previously reported, ATF has conducted a supplemental search and, based on the results of that search, ATF has made productions as of the last status report by letters dated September 1, 2022, October 3, 2022, November 3, December 1, 2022, and January 6, 2023. As

stated in the last status report, with the exception of 144 pages where ATF is consulting with the U.S. Government Accountability Office (GAO), ATF has completed its supplemental productions.  ATF does not yet have an update from GAO regarding the status of the 144-page consultation.  ATF will endeavor to produce the non-exempt portions of those pages before the next Joint Status Report deadline to the extent it receives a response from GAO sufficiently in advance of that deadline to process the records.  As previously reported, ATF also provided a draft *Vaughn* Index to Plaintiff on September 1, 2022, with respect to the pages of prior productions previously identified by Plaintiff.

4. To allow time for the parties to confer in an effort to narrow any issues in dispute, the parties propose that they file a further status report on July 12, 2023, and that the Court defer setting a briefing schedule at this time.

Respectfully submitted,

_____/s/ Robert J. Olson_____
Robert J. Olson
(D.C. Bar No. 1029318)
William J. Olson (D.C. Bar No. 233833)
Jeremiah L. Morgan (D.C. Bar No. 1012943)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
wjo@mindspring.com (e-mail)

*Counsel for Plaintiffs*

AND

MATTHEW M. GRAVES, D.C. BAR#481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530; (202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*