UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GUN OWNERS OF AMERICA, INC., et al.

    *Plaintiffs,*

v.

                                                         Civil Action No. 21-2969 (RBW)

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,

    *Defendant*.

## JOINT STATUS REPORT

        Pursuant to the Court's order dated July 13, 2023, Plaintiffs Gun Owners of America, Inc. and Gun Owners Foundation, Inc. (collectively, "Plaintiffs") and Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), by and through undersigned counsel, report to the Court as follows.

        1.     This action involves a Freedom of Information Act ("FOIA") request dated June 1, 2020 to ATF that is attached as Exhibit "A" to the Complaint.

        2.     Since the filing of the last status report, ATF has now produced the non-exempt portion of the 144-page consultation documents that had remained outstanding, which completed its processing of the request. Plaintiffs, moreover, have determined that no issues remain outstanding in this case other than the issue of attorneys' fees and costs. In that regard, Plaintiffs are preparing a proposal for Defendant's consideration, which Plaintiffs expect to provide shortly.

        3.     To allow time for the parties to confer on the attorneys' fees and costs issue, the parties propose that they file a further status report on October 31, 2023, if a stipulation of dismissal has not been filed prior to that time.

Respectfully submitted,

_____/s/ *Robert J. Olson*_____
Robert J. Olson
(D.C. Bar No. 1029318)
William J. Olson (D.C. Bar No. 233833)
Jeremiah L. Morgan (D.C. Bar No. 1012943)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
wjo@mindspring.com (e-mail)

*Counsel for Plaintiffs*

       AND

MATTHEW M. GRAVES, D.C. BAR#481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530; (202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*