UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GUN OWNERS OF AMERICA, INC., et al.

    *Plaintiffs,*

v.

                                    Civil Action No. 21-2969 (RBW)

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,

    *Defendant*.

## JOINT STATUS REPORT

Pursuant to the Court's order dated September 13, 2023, Plaintiffs Gun Owners of America, Inc. and Gun Owners Foundation, Inc. (collectively, "Plaintiffs") and Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), by and through undersigned counsel, report to the Court as follows.

1.     This action involves a Freedom of Information Act ("FOIA") request dated June 1, 2020 to ATF that is attached as Exhibit "A" to the Complaint.

2.     As stated in a prior status report, the only issue that remains outstanding in this case is the issue of attorneys' fees and costs. Since the filing of the last status report, the parties have reached an agreement in principle to resolve that issue but require additional time to memorialize that agreement in a settlement document.

3.     The parties propose that they file a further status report on December 13, 2023, if a stipulation of dismissal has not been filed prior to that time.

                                    Respectfully submitted,

                                    _____/s/ Robert J. Olson_____
                                    Robert J. Olson
                                    (D.C. Bar No. 1029318)
                                    William J. Olson (D.C. Bar No. 233833)

Jeremiah L. Morgan (D.C. Bar No. 1012943)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
wjo@mindspring.com (e-mail)

*Counsel for Plaintiffs*

       AND

MATTHEW M. GRAVES, D.C. BAR#481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530; (202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*