UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GUN OWNERS OF AMERICA, INC., et al.

    *Plaintiffs,*

v.

                                        Civil Action No. 21-2969 (RBW)

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES,

    *Defendant.*

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES, D.C. Bar #481052
                                        United States Attorney

                                        BRIAN P. HUDAK
                                        Chief, Civil Division

                                        /s/ *Jeremy Simon*
                                        JEREMY SIMON, D.C. Bar #447956
                                        Assistant United States Attorney
                                        U.S. Attorney's Office for the District of Columbia
                                        601 D Street, N.W.
                                        Washington, D.C.  20530
                                        Telephone: (202) 252-2528
                                        Jeremy.simon@usdoj.gov

                                        *Attorneys for Defendant*

                                                And

                                        */s/ Robert J. Olson  (by permission)*
                                        Robert J. Olson
                                        (D.C. Bar No. 1029318)
                                        William J. Olson (D.C. Bar No. 233833)
                                        Jeremiah L. Morgan (D.C. Bar No. 1012943)

William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
wjo@mindspring.com (e-mail)

*Attorneys for Plaintiffs*